ACCEPTED
12-14-00195
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/26/2015 11:23:30 AM
CATHY LUSK
CLERK

## CAUSE NO. 12-14-00195-CR

| | | |
|---|---|---|
| DWAYNE SPANGLER | § | IN THE COURT OF APPEALS |
| | § | |
| V. | § | 12th JUDICIAL DISTRICT |
| | § | |
| THE STATE OF TEXAS | § | TYLER, TEXAS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/26/2015 11:23:30 AM
CATHY S. LUSK
Clerk

## STATE'S MOTION FOR EXTENSION OF TIME AND FOR LATE FILING OF THE STATE'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Comes now the STATE OF TEXAS, and presents its Motion for Extension of Time and for Late Filing of the State's Brief in the above cause, and in support of this motion, would show the Honorable Court the following:

A.  The case was originally disposed of by a guilty plea in the 7th District Court of Smith County, Texas, the Honorable Kerry Russell, judge presiding.

B.  The trial court cause number was 007-1553-13, and the case was styled *The State of Texas v. Dwayne Spangler*.

C.  Appellant was convicted of the offense of Possession of a Controlled Substance.

D.  The trial court assessed the agreed sentence of two years deferred adjudication probation and no fine. Appellant was subsequently adjudicated guilty and assessed a fourteen-month sentence of incarceration.

E.  On January 15, 2015, Appellant filed a brief. The State's brief was due to be filed in the Court on or before February 16, 2015.

F.  There have been two extensions of time granted for the filing of Appellant's brief. There has been no prior extension requested or granted to the State.

G.    Pursuant to T.R.A.P. 10.5(b), the State is seeking the Court's indulgence to order an extension of ten (10) days to allow the State an opportunity for timely filing its reply brief on or before February 26, 2015.

H.    The facts relied upon to support this request are as follows:

I, Michael West, the undersigned Assistant Criminal District Attorney, am responsible for the Appellate Division in the office. We have been short by one attorney in my division for over a year now. It has been extremely busy these last two months and I have had re-direct my attention to completing the following State's responses and have been personally involved in the following trial or appellate division matters:

1.    12-14-00090-CR, *Romero v. State*, State's reply brief completed on 01/16/15.

2.    114-80305-97-C, *Ex parte Ladd*, State's answer completed on 01/22/15.

3.    12-14-00219-CR, *Kennedy v. State*, State's reply brief completed on 01/23/15.

4.    114-1138-10-A, *Ex parte Bledsoe*, State's answer completed on 01/26/15.

5.    12-14-00125-CR, *Wright v. State*, State's reply brief completed on 01/29/15.

6.    241-1081-08-A, *Ex parte Debose*, State's answer completed on 02/01/15.

7.    114-1369-11-A, *Ex parte Bendy*, State's answer completed on 02/03/15.

8.    114-1370-11-A, *Ex parte Bendy*, State's answer completed on 02/03/15.

9.    12-14-00161-CR, *Prosperie v. State*, State's reply brief completed on 02/05/15.

10.    12-14-00162-CR, *Prosperie v. State*, State's reply brief completed on 02/05/15.

11.    12-14-00159-CR, *Simmons v. State*, State's reply letter brief completed on 02/06/15.

12. 114-1603-11-A, *Ex parte Pullins*, State's answer completed on 02/06/15.

13. 114-1604-11-A, *Ex parte Pullins*, State's answer completed on 02/06/15.

14. 12-14-00204-CR, *Clement v. State*, State's reply brief completed on 02/10/15.

15. 12-14-00204-CR, Clement v. State, State's reply brief completed on 02/10/15.

16. 12-13-00041-CR, *Moore v. State*, State's response to Motion to Stay Execution of Mandate completed on 02/18/15.

17. 241-1044-12-A, *Ex parte Ausborne*, preparation for and attendance at evidentiary hearing held in the 241st District Court on 02/20/15.

18. 241-0854-12-A, *Ex parte Farmer*, preparation for and attendance at evidentiary hearing held in the 241st District Court on 02/20/15.

19. 12-14-00130-CR, *Adkins v. State*, State's reply brief completed on 02/20/15.

20. Due to inclement weather, the Smith County Courthouse was closed on Monday, 02/23/15 and Wednesday, 02/25/15.

I. In addition to the appellate/trial matters listed above, I am daily called upon to research issues arising at trial, to answer questions from law enforcement, or to assist in the preparation and or presentation of grand jury indictments.

J. This motion is not being filed purely for purposes of delay, but rather to allow the State to timely respond to the argument in Appellant's brief. No further delay will be necessary as the State's letter brief was electronically filed with the Clerk of the Court along with the filing of this motion.

K. The State has a great interest in affirming the judgement of the 7th District Court in this case.

**WHEREFORE,** this request is respectfully made that the Court grant the State the opportunity of filing its brief on or before February 26, 2015.

Respectfully submitted

Michael J. West, SBN: 21203300
Assistant Criminal District Attorney
Smith County, Texas
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719 (fax)

## VERIFICATION

STATE OF TEXAS

SMITH COUNTY, TEXAS

BEFORE ME, the undersigned authority, a notary public in and for the State of Texas, on _____February 24, 2015_____, personally appeared _____Michael West_____, representing the State of Texas as Assistant Criminal District Attorney in the above captioned cause, and having been by me first duly sworn, stated that the facts set out in this motion are within his personal knowledge and are true and correct.

NOTARY PUBLIC - State of Texas

ARIN OBAR VILQ
Notary Public
State of Texas
My Comm. Expires 08-22-2015

# CERTIFICATE OF SERVICE

On _February 26, 2015_, at true and complete copy of this instrument has been electronically served to:

Mr. James Huggler
Attorney at Law
100 East Ferguson, Ste. 805
Tyler, Texas 75702

Michael J. West, SBN: 21203300
Assistant Criminal District Attorney
Smith County, Texas
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719 (fax)